# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

FILED
NOV 15 2016
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CV-89-39-BU-SEH |
| vs. | |
| ATLANTIC RICHFIELD COMPANY, | ORDER |
| Defendant. | |

Atlantic Richfield Company has moved for admission of Wiley E. Mayne, Esq. to practice before this Court in this case with Kyle A. Gray, Esq. and William W. Mercer, Esq. of Holland & Hart LLP, Billings, Montana, to act as local counsel. Mayne's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Atlantic Richfield Company's motion to allow Mayne to appear on its behalf[1] is GRANTED on the condition that local counsel will be designated as

---

[1] Doc. 1149.

lead counsel or as co-lead counsel with Mayne. Additionally, Mayne must do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel shall also sign all such pleadings, motions, and briefs and other documents served or filed.

Admission is personal to Mayne; it is not an admission of Holland & Hart LLP, Denver, Colorado, law firm.

IT IS FURTHER ORDERED:

This Order will be withdrawn unless Mayne, within fifteen (15) days from the date of this Order, files an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 15th day of November, 2016.

SAM E. HADDON
United States District Judge