

FILED

NOV 16 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY,<br><br>Defendant. | No. CV-89-39-BU-SEH<br><br>ORDER |

On November 16, 2016, the Court conducted a hearing on its previously issued Order to Show Cause.[1] Upon the record made in open court:

ORDERED:

The Order to Show Cause is DISCHARGED.

DATED this 16th day of November, 2016.

SAM E. HADDON
United States District Judge

---

[1] Doc. 1145.