**FILED**

APR 27 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ATLANTIC RICHFIELD COMPANY, Defendant. | No. CV-89-39-BU-SEH ORDER |

On April 5, 2018, the Court, at the request of the parties, ordered a telephone conference with counsel to be conducted at 10:00 a.m., on April 27, 2018.[1]

On April 26, 2018, the office of the Clerk of Court received an unsigned document purporting to be from a nonparty identified as The Montana Standard, requesting "permission to attend tomorrow's 10 a.m. telephonic status

---

[1] Doc. 1161.

conference."[2]

ORDERED:

The request is DENIED.

DATED this 27th day of April, 2018.

SAM E. HADDON
United States District Judge

---

[2] Doc. 1164.