

FILED
JUL 15 2019
Clerk, U S District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY,<br><br>Defendant. | No. CV-89-39-BU-SEH<br><br>ORDER |

On December 21, 2018, the parties filed The United States' and Atlantic Richfield's Joint Status Report for the Butte Priority Soils Operable Unit Consent Decree Negotiations ("Joint Status Report").[1]

Within the Joint Status Report, the parties state "[p]rior to June 30, 2019, the United States and Atlantic Richfield will advise the Court of the status of the EPA's administrative decision-making process and the consent decree negotiations."[2] As of the date of this Order, no such status report has been filed.

---

[1] Doc. 1170.

[2] Doc. 1170 at 8.

ORDERED:

The parties shall forthwith file the status report referenced in their Joint Status Report, filed December 21, 2018.[3]

DATED this 15th day of July, 2019.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Doc. 1170 at 8.