**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**BUTTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and, STATE OF MONTANA | Case No. CV-89-39-BU-SEH |
| Plaintiffs, | **ORDER** |
| vs. | |
| ATLANTIC RICHFIELD COMPANY, Defendant. | |
| ATLANTIC RICHFIELD COMPANY, Defendant and Counterclaim Plaintiff, | |
| vs. | |
| UNITED STATES OF AMERICA; | |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | |

The unopposed motion of the State of Montana, acting through the

Department of Environmental Quality and the Montana Natural Resource

Damage Program, to intervene under Fed. R. Civ. P. 24(a)(2) "for the purpose

of entering into a consent decree to resolve the State's remaining claims at the

Butte Priority Soils Operable Unit National Priorities List site"[1] is GRANTED.

ORDERED:

DATED this __24__th__ day of June, 2020.

Sam E. Haddon
United States District Judge

---

[1] Doc. 1178.