# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CV-89-39-BU-SEH |
| vs. | |
| | ORDER |
| ATLANTIC RICHFIELD COMPANY and COUNTY OF BUTTE-SILVER BOW, a Municipal Corporation and Political Subdivision of the State of Montana, | |
| Defendants. | |

On June 8, 2020, the United States lodged a Consent Decree concerning the Butte Priority Soils Operable Unit.[1] The public comment period ran for 30 days from June 15, 2020, to July 15, 2020. An Unopposed Motion to Enter Consent Decree, following review of public comment, was filed by the United States on September 10, 2020.[2]

This Court has considered the proposed Consent Decree and the attached Record of Decision in its review and has determined that the proposed decree is

---

[1] Doc. 1180.

[2] Doc. 1182.

fair, adequate, reasonable, and comports with the purposes of CERCLA. Defendants are responsible for the majority of the costs of the remediation,[3] ensuring that remediation work will result in conditions that are protective of human health and the environment.[4] The decree comports with the goals of CERCLA by minimizing costs to the shareholders, facilitating a resolution, and ensuring a speedier cleanup of the relevant sites.[5]

ORDERED:

1.  The United States' Motion to Enter Consent Decree[6] is GRANTED.

2.  The Consent Decree for the Butte Priority Soils Operable Unit, lodged with the Court on June 8, 2020,[7] is ENTERED.

DATED this 16th day of September, 2020.

*signature*
SAM E. HADDON
United States District Judge

---

[3] *See* Doc. 1182 at 7-8, Doc. 1180-1 at 42, 45, 79 and Doc. 1180-1 at 209.

[4] *See* Doc. 1180-1 at 69 and 70.

[5] *See* Doc. 1180-1 at 87, 94, and 150.

[6] Doc. 1182.

[7] Doc. 1180-1.