# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and,<br><br>THE STATE OF MONTANA<br><br>Plaintiffs,<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY,<br><br>Defendant. | No. CV-89-39-BU-SEH<br><br>ORDER |

On October 23, 2020, the United States lodged a Partial Consent Decree concerning the Anaconda Smelter National Priority Site.[1] The public comment period ran for 30 days and ended on November 30, 2020.[2] An Unopposed Motion to Enter Partial Consent Decree was filed by the United States on December 22, 2020, following review of public comments.[3]

---

[1] *See* Doc. 1185.

[2] *See* Doc. 1189 at 3.

[3] *See* Doc. 1188.

The Court has considered the proposed Partial Consent Decree, the attached Record of Decision, and the public comments in its review and has determined the proposed decree is fair, adequate, reasonable, and comports with the purposes of CERCLA. The Partial Consent Decree makes Defendant responsible for the current and future costs of remediation,[4] allows for remediation to begin prior to a statewide consent agreement,[5] and requires a high standard for remediation.[6] The decree comports with the goals of CERCLA by minimizing litigation costs, facilitating a resolution, and ensuring a speedier cleanup of relevant portions of the Anaconda Smelter site.[7]

ORDERED:

The United State's Motion to Enter Partial Consent Decree[8] is GRANTED.

DATED this 28th day of January, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[4] *See* Doc. 1185-1 at 27.

[5] *See* Doc. 1188 at 8.

[6] *See* Doc. 1185-1 at 27.

[7] *See* Doc. 1188 at 11.

[8] *See* Doc. 1188.