IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and,<br><br>THE STATE OF MONTANA<br><br>       Plaintiffs,<br><br>vs.<br><br>ATLANTIC RICHFIELD<br>COMPANY,<br><br>       Defendant. | No.  CV-89-39-BU-SEH<br><br>ORDER |

The United States has moved for entry of the Consent Decree for the Anaconda Smelter NPL Site lodged with the Court on September 30, 2022.[1]  The motion is unopposed.

**ORDERED:**

1.     The United States' Motion to Enter Consent Decree for the Anaconda Smelter NPL Site[2] is **GRANTED**.

---

[1] Doc. 1195.

[2] Doc. 1195.

2.     The Consent Decree lodged with the Court on September 30, 2022, shall

be entered concurrently with this Order.[3]

DATED this 16th day of December, 2022.

Sam E. Haddon
United States District Judge

---

[3] Doc. 1194-1.